UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06582-AHM (PJWx) | Date | October 15, 2009 |
|---|---|---|---|
| Title | WRITERS GUILD OF AMERICA, WEST, INC. v. CARLSON ENTERTAINMENT GROUP, LLC d/b/a CARLSON ENTERTAINMENT GROUP, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION the Motion for Order Confirming the Arbitrator's Findings and Conclusions and Final Award and for Entry of Judgment in Conformity Therewith [Filed 9/10/09]. The parties will be notified if a hearing is necessary.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |