1  THOMAS J. COLEMAN, JR., Esq. (SBN: 145663)
   Associate Counsel, Legal Services
2  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 W. Third Street
3  Los Angeles, California 90048

4  (323) 782-4521
   (323) 782-4806 FAX
5
   Attorney for Petitioner
6



JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Writers Guild of America, West, Inc., | CASE NO.: CV 09-6582 AHM (PJWx) |
|---|---|
| Petitioner, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| Carlson Entertainment Group, LLC d/b/a Carlson Entertainment Group and Bruce Carlson, an Individual, | |
| | HONORABLE A. HOWARD MATZ |
| Respondents. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Award of Petitioners Writers Guild of America, West, Inc. ("WGAW") came on for consideration by the Honorable A. Howard Matz. Respondents Carlson Entertainment Group, LLC d/b/a Carlson Entertainment Group and Bruce Carlson were duly served with the Motion and the Notice of Motion but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in this proceeding as follows:

1.  The Arbitration Award ("Award") signed by Joel Grossman, the sole neutral Arbitrator, on April 7, 2008 is confirmed in all respects.

1

W:\Compensation cases\Co06036\PTC\[Proposed] Judgment.doc

2. Respondents Carlson Entertainment Group, LLC d/b/a Carlson Entertainment and Bruce Carlson are jointly ordered to immediately pay the WGAW on behalf of Trevor Dellecave and Lorenzo Hodges the amount of $37,786.00, plus interest at the rate of 1.5% per month accruing from May 6, 2006 and continuing to accrue until paid in full.

3. Respondents Carlson Entertainment Group, LLC d/b/a Carlson Entertainment and Bruce Carlson are jointly ordered to immediately pay the WGAW on behalf of Trevor Dellecave and Lorenzo Hodges pension and health contributions in the amount of $5,478.97, plus interest at the rate of .83% per month from May 6, 2006 and continuing to accrue until paid in full.

4. Respondents Carlson Entertainment Group, LLC d/b/a Carlson Entertainment and Bruce Carlson are jointly ordered to immediately pay the WGAW on behalf of Trevor Dellecave and Lorenzo Hodges pension and health contributions in the amount of $3,263.08, plus interest at the rate of .83% per month from April 7, 2006 and continuing to accrue until paid in full.

5. Respondents Carlson Entertainment Group, LLC d/b/a Carlson Entertainment and Bruce Carlson are jointly ordered to immediately pay to the WGAW attorney's fees in the amount of $1,500 and costs in the amount of $350.

DATED: November 23, 2009

_____
United States District Judge